No. 9. UNITED STATES v. SHOTWELL MANUFACTURING Co. ET AL. On petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit. The motion of Frank J. Huebner to withdraw from opposition to the Government's petition for writ of certiorari is granted. The motion of *Harold A. Smith* et al. for leave to withdraw as counsel for Frank J. Huebner is granted. The petition for writ of certiorari is granted, limited to the issues raised in the amended motion to remand and supplement thereto and the respondents' answer to the amended motion to remand. *Simon E. Sobeloff,* then Solicitor General, *Solicitor General Rankin, H. Brian Holland,* then Assistant Attorney General, *Assistant Attor-*

*ney General Rice* and *Joseph M. Howard* for the United
States. *Harold A. Smith* and *Howard Ellis* for the Shot-
well Manufacturing Co. et al., respondents.